TERHUNE COURTS v. MAY SGAMBATI.

May 5, 1980.

Petition for certification denied.   (See 170 *N.J.Super.* 477)

STATE OF NEW JERSEY v. LORENZO CIFELLI.

May 5, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. CORNELL WAYNE THOMAS.

May 5, 1980.

Petition for certification denied.